DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PAUL HOLLIS, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1684

_____

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana M. Moss, Judge.

PER CURIAM.

   Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.